**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS

### FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

v.                                      No. 03-4144

MARY ANN ALLEN,
          *Defendant-Appellant.*

Appeal from the United States District Court
for the Middle District of North Carolina, at Durham.
Frank W. Bullock, Jr., District Judge.
(CR-02-275)

Submitted: May 15, 2003

Decided: May 27, 2003

Before LUTTIG and KING, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

## COUNSEL

Louis C. Allen, III, Federal Public Defender, William C. Ingram, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, Angela H. Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Mary Ann Allen pleaded guilty to possessing firearms as a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2) (2000). She was sentenced to eighty-four months incarceration, three years of supervised release, and a $100 special assessment.

On appeal, Allen asserts that her constitutional rights were violated, and that her sentence was improper, because her offense level was increased based on facts that were not alleged in the indictment or proven to a jury. In reviewing a district court's application of the sentencing guidelines, this Court reviews factual determinations for clear error, legal questions de novo, and mixed questions of law and fact are reviewed under a standard that gives due deference to the district court. *United States v. Nale*, 101 F.3d 1000, 1003 (4th Cir. 1996). Allen's claim is meritless because Allen cannot establish her eighty-four month sentence violated the 120 month statutory maximum she faced. 18 U.S.C. § 924(a)(2) (2000); *Apprendi v. New Jersey*, 530 U.S. 466, 490 (2000); *United States v. Obi*, 239 F.3d 662, 667 (4th Cir.), *cert. denied*, 534 U.S. 835 (2001); *United States v. Kinter*, 235 F.3d 192, 201-02 (4th Cir. 2000), *cert. denied*, 532 U.S. 937 (2001).

Accordingly, we affirm Allen's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED*